JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGDOM MUZIC, LLC,<br><br>    Plaintiff(s),<br><br>vs.<br><br>KINGDOM MUZIC MINISTRIES LLC ET AL.,<br><br>    Defendant(s). | Case No. 2:22-cv-07091-RGK-JEMx<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On December 29, 2022, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [19]. Plaintiff's response to the Order to Show Cause was due by January 3, 2023. As of this date, no response has been filed to the Order to Show Cause. Therefore, the Court orders the matter dismissed without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 6, 2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE